1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  C. DAVID HALL (CSBN 66081)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7168
7
   Attorneys for Plaintiff
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,        )   No. CR O4-0317 MHP
                                      )
13 |     Plaintiff,                   )
                                      )   NOTICE OF DISMISSAL
14 | v.                               )
                                      )
15 | DANIEL BARNES,                   )
                                      )   (San Francisco Venue)
16 |     Defendant.                   )
                                      )
17 |_____ )

18      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
19 United States Attorney for the Northern District of California dismisses the defendant from the
20 above indictment without prejudice.

21
22 DATED: August 11, 2008           Respectfully submitted,
23                                  JOSEPH P. RUSSONIELLO
                                    United States Attorney
24
25                                  /s/ David Hall for
                                    BRIAN J. STRETCH
26                                  Chief, Criminal Division
27
28

   NOTICE OF DISMISSAL RE: BARNES (CR 04-0317 MHP)

1 | Leave is granted to the government to dismiss the defendant from the indictment.

3 | Date: __8/13/08__

MARILYN HALL PATEL
United States District Judge

NOTICE OF DISMISSAL RE: BARNES (CR 04-0317 MHP)